IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| ROBERT HAROLD CHRISTIAN | § | CASE NO.   20-32878-H1 |
| Debtor(s) | § | Chapter 13 |

### DEBTOR'S CERTIFICATION REGARDING NECESSITY OF FILING PAYMENT ADVICES

My name Robert Harold Christian and I am a debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the filing of the bankruptcy petition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 6/1/2020

/s/ Robert Harold Christian
Robert Harold Christian, Debtor